**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 390 EAL 2018

                   Respondent     :

                                  :   Petition for Allowance of Appeal from
                                  :   the Order of the Superior Court

              v.                  :

                                  :

JARON BROWN,               :

                                  :

                   Petitioner     :

## ORDER

**PER CURIAM**

     **AND NOW**, this 22nd day of January, 2019, the Petition for Allowance of Appeal is **DENIED**.